UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CANDIE BAKER,

      Plaintiff,                  Case No. 25-cv-11587
                                    Hon. Matthew F. Leitman

v.

VICTOR OSEI, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                         s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  August 20, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2025, by electronic means and/or ordinary mail.

                         s/Holly A. Ryan
                         Case Manager
                         (313) 234-5126